

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Statesville Division**

Case No. 14–50864
Chapter 13

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jose Francisco Lizano | Ericka F Edwards |
| 387 Sharpe Street | 387 Sharpe Street |
| Mooresville, NC 28115 | Mooresville, NC 28115 |
| Social Security No.: xxx–xx–8688 | Social Security No.: xxx–xx–8190 |

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Objection filed in the above referenced case on 02/18/2015 as document # 18 is defective for the reason(s) marked below:

Notice does not comply with L.R. 9013 noticing requirements. Notice of Hearing required.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: February 19, 2015                                                    Steven T. Salata
                                                                            Clerk of Court

Electronically filed and signed (2/19/15)